

**NUMBER 13-24-00398-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**ANDY FLORES AND
ARACELI MIRELES,**                                                      **Appellants,**

**v.**

**ANGEL GARCIA,**                                                              **Appellee.**

---

**ON APPEAL FROM THE 476TH DISTRICT COURT
OF HIDALGO COUNTY, TEXAS**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Silva**

This matter is before the Court on appellant's motion to dismiss appeal. After this appeal was perfected, the trial court granted a motion for new trial rendering this appeal moot.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted,

and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
19th day of September, 2024.